# INVOICE

Invoice Number: CH-15018923
Invoice Date: 8/28/2011
Invoice Amount:

Amount Paid: _____

TERMS: NET CASH SEVEN (7) DAYS. PAST DUE 31ST.   18% INTEREST
ANNUM (1.5% per month ) THEREAFTER.

SANDERS BROTHERS
ACCOUNTS PAYABLE
PO BOX 60969
N CHARLESTON, SC 29406

PO #
Customer Number:

**STAFF ZONE celebrates our 10th Anniversary.**

**Since 2001, we have been proud to be your # 1 provider of labor services.  We look forward to being your first choice in all of your labor needs in the future.**

↑ Please remit this stub with payment ↑

| Date | Description | Ticket Number | Regular | | Overtime | | Amount |
|------|-------------|---------------|---------|------|----------|------|--------|
| | | | Hours | Rate | Hours | Rate | |
| 8/18/2011 | BAILEY, ANDRE | I211948 | 9.00 | $11.70 | 0.00 | $0.00 | $105.30 |

**THANK YOU FOR USING STAFF ZONE**

**Total Due:**

# STAFF ZONE

Atlanta, GA
404-762-2512

Brunswick, GA
912-264-5500

Charleston, SC
843-308-9663

Charlotte, NC
704-714-9663

Columbus, GA
706-324-1780

Dallas, TX
972-258-9663

Doraville, GA
770-220-9950

Jacksonville, FL
904-634-0052

Myrtle Beach, SC
843-626-2880

Nashville, TN
615-242-9663

Raleigh, NC
919-863-9663

Richmond, VA
804-644-9663

Savannah, GA
912-965-9120

Special Events
704-361-4072

Date: 0-22-11

Company: SANDERS BROTHERS
(Bill To) P.O. SOFIA'S LANDING

Job Site Name: SOFIA'S LANDING
& Address: GOOSE CREEK, SC

Report to: JOHN

Time: 7:00

No of Workers Needed: 6

Job Description: Stuvar Habaz

## Repeat Work Order?

☐ Yes  ☒ No
(Circle Day Needed)

Mon    Tues    Wed    Thurs    Fri    Sat    Sun

How Many? _____ Time? _____ Report to: _____

Authorized Signature          Print Name

Reachable Phone Number: _____

Remarks:

1211948

| Employee Name | Mon | Tue | Wed | Thu | Fri | Sat | Sun | Total |
|---|---|---|---|---|---|---|---|---|
| Andre Bailey | 9 | | | | | | | 9 |

*SUPERVISION REQUIRED*          TOTAL BILLABLE HOURS:

By signature above, customer agrees to the terms & conditions set on the reverse side of this f

# INVOICE

**REMIT PAYMENT TO:**
**STAFF ZONE**
P.O. Box 890722
Charlotte, NC 28289-0722
**(843) 308-9663**

| Invoice Number: CH-15016232 |
| Invoice Date: 8/8/2010 |
| Invoice Amount: ▓▓▓▓▓ |
| Amount Paid: _____ |

TERMS: NET CASH SEVEN (7) DAYS. PAST DUE 31ST,   18% INTEREST
ANNUM (1.5% per month ) THEREAFTER.

STAFF ZONE

SANDERS BROTHERS
ACCOUNTS PAYABLE
PO BOX 60969
N CHARLESTON, SC 29406

PO #:
Customer Number: ▓▓▓▓▓

**Please note our NEW remittance address and change your records effective immediately. Call your local servicing branch for any questions.**

***Staff Zone appreciates your business!***

↑ Please remit this stub with payment ↑

| Date | Description | Ticket Number | Regular | | Overtime | | Amount |
| | | | Hours | Rate | Hours | Rate | |
|------|-------------|---------------|-------|------|-------|------|--------|
| 8/3/2010 | BAILEY, ANDRE | 769537 5001750010 | 9.00 | $12.87 | 0.00 | $0.00 | $115.83 |

# STAFF ZONE

**769537**

Atlanta, GA
404-286-9737

Brunswick, GA
912-264-5500

Charleston, SC
843-308-9663

Charlotte, NC
704-714-9663

Columbus, GA
706-324-1780

Doraville, GA
770-220-9950

Jacksonville, FL
904-634-0052

Jacksonville, FL
904-636-7500

Myrtle Beach, SC
843-626-2880

Nashville, TN
615-242-9663

Richmond, VA
804-644-9663

Savannah, GA
912-965-9120

Special Events
704-361-4072

---

**Date:** 8/3/10

**Repeat Work Order?**  ☐ Yes  ☐ No

**Company:** SANDERS BROTHERS
(Bill to)

**Job Site Name**
**& Address:** P.O.
2142 ASPHALT DRIVE
SUMMERVILLE, SC 29483

**Report to:** ALLEN

**Time:** 7:00 AM

**No. of Workers Needed:** (1)

**Job Description:**

(Circle Day)
Mon   Tues   Wed   Thurs   Fri   Sat   Sun

**How Many?** _____  **Time?** _____  **Report to:** _____

X _____
Authorized Signature

William Ellis
Print Name

**Reachable Phone Number:**

**Remarks:** Jake 353 1
cc 50016  old Fort Rd.

RECEIVED AUG 0 4 2010

---

| Employee Name | Mon | Tue | Wed | Thu | Fri | Sat | Sun | Total | Equip. Req. |
|---|---|---|---|---|---|---|---|---|---|
| Bailey, Andre | | 9. | | | | | | 9 | HH WB SG |
| | | | | | | | | | HH WB SG |
| | | | | | | | | | HH WB SG |
| | | | | | | | | | HH WB SG |
| | | | | | | | | | HH WB SG |

**TOTAL BILLABLE HOURS:**

**\*SUPERVISION REQUIRED\***

By signature above, customer agrees to the terms & conditions set on the reverse side of this form and that employees performed hours worked satisfactorily.

**CUSTOMER COPY**

# INVOICE

**REMIT PAYMENT TO:**
**STAFF ZONE**
P.O. Box 890722
Charlotte, NC 28289-0722
(843) 308-9663

Invoice Number: CH-15016232
Invoice Date: 8/8/2010
Invoice Amount:
Amount Paid: _____

TERMS: NET CASH SEVEN (7) DAYS. PAST DUE 31ST, 18% INTEREST
ANNUM (1.5% per month ) THEREAFTER.

STAFF ZONE

SANDERS BROTHERS
ACCOUNTS PAYABLE
PO BOX 60969
N CHARLESTON, SC 29406

PO #:

Customer Number: 

**Please note our NEW remittance address and change your records effective immediately. Call your local servicing branch for any questions.**

*Staff Zone appreciates your business!*

| Date | Description | Ticket Number | Regular Hours | Rate | Overtime Hours | Rate | Amount |
|------|-------------|---------------|------|------|------|------|--------|
| 8/4/2010 | BAILEY, ANDRE | 769595 3531 / 50010 | 9.00 | $12.87 | 0.00 | $0.00 | $115.83 |

**THANK YOU FOR USING STAFF ZONE**

Page 2 of 3

## STAFFZONE

**Atlanta, GA**
404-288-9737

**Brunswick, GA**
912-264-5500

**Charleston, SC**
843-308-9663

**Charlotte, NC**
704-714-9663

**Columbia, GA**
706-324-1780

**Doraville, GA**
770-220-9590

**Jacksonville, FL**
904-634-0052

**Jacksonville, FL**
904-636-7500

**Myrtle Beach, SC**
843-626-2880

**Nashville, TN**
615-242-9663

**Richmond, VA**
804-644-9663

**Savannah, GA**
912-965-9120

**Special Events**
704-361-4072

| | | 769595 |
|---|---|---|

**Date:** 5/4/10

**Repeat Work Order?**
☐ Yes ☐ No
(Circle Day)
Mon  Tues  Wed  Thurs  Fri  Sat  Sun

**Company:** SANDERS BROTHERS
(Bill to) P.D.

**Job Site Name & Address:** 2142 ASPHALT DRIVE
HENRYVILLE, SC 29483
ALIEN

**No. of Workers Needed:**

**Report to:**

**Time:** 5:30 AM

**How Many?** _____ **Time?** _____

**Job Description:** Flagger

**Authorized Signature** _William Mann_   **Report to:** _____

**Reachable Phone Number:**   **Print Name** William Mann

**Remarks:** 006-3-3337
(RCH 5000)

| Employee Name | Mon | Tue | Wed | Thu | Fri | Sat | Sun | Total | Equip. Req. | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Bailey, Andre | 10 | | | | | | | 10 | HH | WB | SG |
| | | | | | | | | | HH | WB | SG |
| | | | | | | | | | HH | WB | SG |
| | | | | | | | | | HH | WB | SG |
| | | | | | | | | | HH | WB | SG |
| | | | | | | | | | HH | WB | SG |

Only Invoiced for 10 hours

**\*SUPERVISION REQUIRED\***

**TOTAL BILLABLE HOURS:** 10

By signature above, customer agrees to the terms & conditions set on the reverse side of this form and that employees performed hours worked satisfactorily.

CUSTOMER COPY

# INVOICE

Invoice Number: CH-15016792
Invoice Date: 10/17/2010
Invoice Amount: ▆▆▆▆▆
Amount Paid: _____

MIT PAYMENT TO:
**STAFF ZONE**
P.O. Box 890722
Charlotte, NC 28289-0722
(843) 308-9663

TERMS: NET CASH SEVEN (7) DAYS. PAST DUE 31ST, 18% INTEREST
ANNUM (1.5% per month ) THEREAFTER.

SANDERS BROTHERS
ACCOUNTS PAYABLE
PO BOX 60969
N CHARLESTON, SC 29406

PO #: ASPHALT DRIVE
Customer Number: 

**Please note our NEW remittance address and change your records effective immediately. Call your local servicing branch for any questions.**

*Staff Zone appreciates your business!*

| Date | Description | Ticket Number | | Regular | | Overtime | | Amount |
|------|-------------|---------------|---|-------|------|-------|------|--------|
| | | | | Hours | Rate | Hours | Rate | |
| 10/15/2010 | BAILEY, ANDRE | 3424 977477 50010 | | 11.50 | $12.87 | 0.00 | $0.00 | $148.01 |

STAFFZONE

977477

**Repeat Work Order?**
☐ Yes  ☐ No

Date: 10|19|2010

Company: (Bill to)

Job Site Name & Address: P. O.

SANDERS BROTHERS
2442 ASPHALT DRIVE
SUMMERVILLE, SC 29483

Report to: ALLEN

Time: ____

No. of Workers Needed: 0

Job Description: Baby Inlet

(Circle Day)
Mon   Tues   Wed   Thurs   Fri   Sat   Sun

How Many? ____   Report to: ____

X ____ Time? ____

Authorized Signature          Print Name

Reachable Phone Number: ____

Remarks: Red Bench Rd.   Job 3429   CC 50010

| Employee Name | Mon | Tue | Wed | Thu | Fri | Sat | Sun | Total | Equip. Req. |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | HH  WB  SG |
| | | | | | | | | | HH  WB  SG |
| | | | | | | | | | HH  WB  SG |
| | | | | | | | | | HH  WB  SG |
| | | | | | | | | | HH  WB  SG |
| | | | | | | | | | HH  WB  SG |

**TOTAL BILLABLE HOURS:**

*SUPERVISION REQUIRED*

By signature above, customer agrees to the terms & conditions set on the reverse side of this form and that employees performed hours worked satisfactorily.

CUSTOMER COPY

RECEIVED OCT 19 2010

Atlanta, GA
404-288-9737

Brunswick, GA
912-264-5500

Charleston, SC
843-308-9663

Charlotte, NC
704-714-9663

Columbus, GA
706-324-1780

Doraville, GA
770-220-9550

Jacksonville, FL
904-636-7500

Jacksonville, FL
904-634-4052

Myrtle Beach, SC
843-626-2880

Nashville, TN
615-242-9663

Richmond, VA
804-644-9663

Savannah, GA
912-965-9120

Special Events
704-361-4072

# INVOICE

Invoice Number: CH-15016839
Invoice Date: 10/24/2010
Invoice Amount: ▓▓▓▓▓

Amount Paid: _____

TERMS: NET CASH SEVEN (7) DAYS. PAST DUE 31ST,   18% INTEREST
ANNUM (1.5% per month ) THEREAFTER.

SANDERS BROTHERS
ACCOUNTS PAYABLE
PO BOX 60969
N CHARLESTON, SC 29406

PO #:ASPHALT DRIVE

Customer Number: ▓▓▓▓

**Please note our NEW remittance address and change your records effective immediately. Call your local servicing branch for any questions.**

*Staff Zone appreciates your business!*

↑ Please remit this stub with payment ↑

| Date | Description | Ticket Number | Regular Hours | Regular Rate | Overtime Hours | Overtime Rate | Amount |
|------|-------------|---------------|-------|------|-------|------|--------|
| 10/19/2010 | BAILEY, ANDRE | 3383  789325 50010 | 10.00 | $12.87 | 0.00 | $0.00 | $128.70 |



**STAFFZONE**

789325

Atlanta, GA
404-288-9737

Brunswick, GA
912-264-5500

Charleston, SC
843-308-9663

Charlotte, NC
704-714-9663

Columbia, SC
706-324-1780

Doraville, GA
770-220-9950

Talbotville, FL
904-534-0052

Jacksonville, FL
904-636-7500

Myrtle Beach, SC
843-626-2880

Nashville, TN
615-244-9663

Richmond, VA
804-644-9663

Savannah, GA
912-965-9120

Special Events
704-361-4072

Date: 10/19/10

Repeat Work Order?  ☐ Yes  ☐ No

Company: SANDERS BROTHERS
(Bill to) P.O. ASPHALT DRIVE

Job Site Name: 242 ASPHALT DRIVE
& Address: SUMMERVILLE, SC 29440

(Circle Day)
Mon  Tues  Wed  Thurs  Fri  Sat  Sun

Report to: ALLEN

How Many? ____  Time? ____  Report to: ____

Time: 8U Am

X _____
Authorized Signature

Reachable Phone Number:

No. of Workers Needed:

Print Name

Job Description: 1 Flagger

Remarks: Job 3383  cc 50010  Hwy 63

*SUPERVISION REQUIRED*

**RECEIVED OCT 27 2010**

| Employee Name | Mon | Tue | Wed | Thu | Fri | Sat | Sun | Total | Equip. Req |
|---|---|---|---|---|---|---|---|---|---|
| Andre Bailey | | 10 | | | 10 | | | 10 | HH  WB  SG |
| | | | | | | | | | HH  WB  SG |
| | | | | | | | | | HH  WB  SG |
| | | | | | | | | | HH  WB  SG |
| | | | | | | | | | HH  WB  SG |
| | | | | | | | | | HH  WB  SG |
| | | | | | | | | | HH  WB  SG |

**TOTAL BILLABLE HOURS:** 10

By signature above, customer agrees to the terms & conditions set on the reverse side of this form and that employees performed hours worked satisfactorily.

CUSTOMER COPY