

**Temps Unlimited of South Carolina**
1357 Remount Road, Suite 7
N CHARLESTON, SC 29406
Phone: (843) 744-8880
Fax: (843) 744-8878

| DATE | INVOICE # |
|---|---|
| 06/18/2010 | 10-15155 |

7-1-10

2868

10-15155-2

| Bill To | Please Remit Payment To |
|---|---|
| SANDERS BROTHERS CONSTRUCTION, INC<br>P.O. BOX 60969<br>NORTH CHARLESTON, SC 29419 | Temps Unlimited of South Carolina<br>dba...Staffing Depot<br>P.O. Box 202056<br>DALLAS, TX 75320<br>Phone: 843-744-8880 |

| Terms | Customer # | Amount | Balance Due |
|---|---|---|---|
| NET 7 | 1131 | | |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| BAILEY, ANDRE | 46482 | FLAGGERS 3531/50010 | | Regular Pay | 06/18/2010 | $12.87 | 11.00 | $141.57 |

ENTERED AUG 24 2010

Temps Unlimited of South Carolina
dba...Staffing Depot
P.O. Box 202056
DALLAS, TX 75320

SANDERS BROTHERS CONSTRUCTION,
INC
P.O. BOX 60969
NORTH CHARLESTON, SC 29419

# WORK ORDER

**Temps Unlimited of South Carolina**
1357 Remount Road, Suite 7
N CHARLESTON, SC 29406
Phone: (843) 744-8880
Fax: (843) 744-8878

CESIA MACHADO
6/14/2010 10:33:48 AM

**NOTICE:**
MINIMUM 4 HOURS
PER PERSON

| ORDER # | CUSTOMER NAME: | DATE: | TIME: | # OF WORKERS: |
|---|---|---|---|---|
| 46482 | SANDERS BROTHERS CONSTRUCTION, INC | 06/18/2010 | 05:30 am | 0 |

| ASSIGNMENT TITLE: | ASSIGNMENT ADDRESS: |
|---|---|
| FLAGGERS-ASPHALT PLANT | CONCRETE PLANT @ ASPHALT RD LADSON, SC 29456 |

| REPORT TO: | COMMENTS |
|---|---|
| Allan | Oak Fort Rd Job 3531 cc 50010 |

CONTACT PHONE #
Main: (843) 214-1129
Cell:

| EMPLOYEE NAME | PO # | HOURS (Must mark one) | PARTIAL HOURS (Must mark one) |
|---|---|---|---|
| Humbley Bailey | Mrs Cau | 1 2 3 4 5 6 7 8 9 ⑩ 11 12 13 14 15 16 | ¼ ½ ¾ |

RECEIVED JUN 21 2010

Do you need
workers to return?
☐ YES ☒ NO

Date: 6/18/10
Time:
# of Workers:

Charles Riddell
PRINT NAME AND TITLE


AUTHORIZED SIGNATURE

THANK YOU FOR YOUR BUSINESS



**Temps Unlimited of South Carolina**
1357 Remount Road, Suite 7
N CHARLESTON, SC 29406
Phone: (843) 744-8880
Fax: (843) 744-8878

| DATE | INVOICE # |
|---|---|
| ~~06/25/2010~~ | 10-15178-2 |

7-1-10

| Bill To | Please Remit Payment To |
|---|---|
| SANDERS BROTHERS CONSTRUCTION, INC<br>P.O. BOX 60969<br>NORTH CHARLESTON, SC 29419 | Temps Unlimited of South Carolina<br>dba...Staffing Depot<br>P.O. Box 202056<br>DALLAS, TX 75320<br>Phone: 843-744-8880 |

ENTERED SEP 14 2010

| Terms | Customer # | Amount | Balance Due |
|---|---|---|---|
| NET 7 | 1131 | ▮▮▮ | ▮▮▮ |



| | | | | | | |
|---|---|---|---|---|---|---|
| BAILEY, ANDRE | 46525 | FLAGGERS 3181/40010 | Regular Pay | 06/21/2010 | $12.87 | 9.00  $115.83 |
| BAILEY, ANDRE | 46575 | FLAGGERS 3189/60010 | Regular Pay | 06/23/2010 | $12.87 | 13.00  $167.31 |
| BAILEY, ANDRE | 46576 | FLAGGERS 3189/60010 | Regular Pay | 06/24/2010 | $12.87 | 17.00  $218.79 |

Temps Unlimited of South Carolina
dba...Staffing Depot
P.O. Box 202056
DALLAS, TX 75320

SANDERS BROTHERS CONSTRUCTION, INC
P.O. BOX 60969
NORTH CHARLESTON, SC 29419

# WORK ORDER

**Temps Unlimited of South Carolina**
1357 Remount Road, Suite 7
N CHARLESTON, SC 29406
Phone: (843) 744-8880
Fax: (843) 744-8878

CESIA MACHADO
6/18/2010 4:22:14 PM

**THE STAFFING DEPOT**

| ORDER # | CUSTOMER NAME: | DATE: | TIME: | # OF WORKERS: |
|---|---|---|---|---|
| 46525 | SANDERS BROTHERS CONSTRUCTION, INC | 06/21/2010 | 05:30 am | 0 |

**ASSIGNMENT TITLE:** FLAGGERS-ASPHALT PLANT
**ASSIGNMENT ADDRESS:** CONCRETE PLANT @ ASPHALT RD LADSON, SC 29456

**REPORT TO:** Allan

**CONTACT PHONE #**
Main: (843) 214-1129
Cell:

**COMMENTS**
Mendel River Rd. 90+ 3489
cc 40010
08.039182

**NOTICE:**
MINIMUM 4 HOURS PER PERSON

| EMPLOYEE NAME | P.O. # | HOURS (Must mark one) | PARTIAL HOURS (Must mark one) |
|---|---|---|---|
| FLAGGERS BAILEY/ANDRE FLAGGERS | | ① ② ③ ④ ⑤ ⑥ ⑦ ⑧ ⑨ ⑩ ⑪ ⑫ ⑬ ⑭ ⑮ ⑯ | ⓪ ● ¼ ½ ¾ |
| | | ① ② ③ ④ ⑤ ⑥ ⑦ ⑧ ⑨ ⑩ ⑪ ⑫ ⑬ ⑭ ⑮ ⑯ | ⓪ ¼ ½ ¾ |
| | | | |
| | | | |

RECEIVED JUN 2 2 2010

Do you need workers to return?
☐ YES ☐ NO
Date:
Time:
# of Workers:

_Clarence Kimbell_
PRINT NAME AND TITLE

_Clarence Kimbell_
AUTHORIZED SIGNATURE

THANK YOU FOR YOUR BUSINESS

JUL-29-2010 13:48  From:8437448878  To:5542095

# THE STAFFING DEPOT

**WORK ORDER**

Temps Unlimited of South Carolina
1357 Remount Road, Suite 7
N CHARLESTON, SC 29406
Phone: (843) 744-8880
Fax: (843) 744-8878

Page: 1/1

| ORDER # | CUSTOMER NAME: |
|---|---|
| 46575 | SANDERS BROTHERS CONSTRUCTION, INC |

| ASSIGNMENT TITLE: | ASSIGNMENT ADDRESS: |
|---|---|
| FLAGGERS-ASPHALT PLANT | CONCRETE PLANT & ASPHALT RD LADSON, SC 29456 |

| REPORT TO: | COMMENT | DATE: | TIME: | # OF WORKERS: |
|---|---|---|---|---|
| Allan | | 06/23/2010 | 04:00 am | 0 |

| CONTACT PHONE # | | | | |
|---|---|---|---|---|
| Main (843) 214-1129 Cell | | | | |

| EMPLOYEE NAME | POS | HOURS (circle hours) | | PARTIAL HOURS |
|---|---|---|---|---|
| FLAGGERS, BAILEY ANDRE FLAGGERS | | 1 2 3 4 5 6 7 8 9 10 11 12 13 ⑭ 15 16 17 18 19 20 | 1 2 3 4 5 6 7 8 9 10 11 12 ⑬ 14 15 16 17 18 19 20 | |
| | | 1 2 3 4 5 6 7 8 9 10 11 12 13 14 15 16 17 18 19 20 | | |

*Marshall Praser* 3489/60010

NOTICE:
MINIMUM HOURS
4 PER MAN

Would you like workers to return?
YES  NO

If Worked:

PRINT NAME AND TITLE

AUTHORIZED SIGNATURE

THANK YOU FOR YOUR BUSINESS

# WORK ORDER

**THE STAFFING DEPOT**

Temps Unlimited of South Carolina
1357 Remount Road, Suite 7
N CHARLESTON, SC 29406
Phone: (843) 744-8880
Fax: (843) 744-8878

RECEIVED JUN 25 2010


CESIA MACHADO
6/24/2010 6:05:39 AM

| ORDER # | CUSTOMER NAME: | DATE: | TIME: | # OF WORKERS: |
|---|---|---|---|---|
| 46559 | SANDERS BROTHERS CONSTRUCTION, INC | 06/24/2010 | 04:00 am | |

**ASSIGNMENT TITLE:** FLAGGERS-ASPHALT PLANT
**ASSIGNMENT ADDRESS:** CONCRETE PLANT @ ASPHALT RD LADSON, SC 29456

**REPORT TO:** Allan
**CONTACT PHONE #**
Main: (843) 214-1129
Cell:

**NOTICE:**
MINIMUM 4 HOURS
PER PERSON

Do you need workers to return? ☐ YES ☐ NO
Date:
Time:
# of Workers:

| EMPLOYEE NAME | PO # | COMMENTS | HOURS (Must mark one) | PARTIAL HOURS (Must mark one) |
|---|---|---|---|---|
| BAILEY, ANDRE FLAGGER | | Mudell River Job 3489 CC 60010 | 1 2 3 4 5 6 7 8 9 10 11 12 13 14 15 16 | ¼ ½ ¾ |
| | | | 1 2 3 4 5 6 7 8 9 10 11 12 13 14 15 16 | ¼ ½ ¾ |

PRINT NAME AND TITLE
AUTHORIZED SIGNATURE

THANK YOU FOR YOUR BUSINESS

*8 hours on 15178*
*13 hours on 15182 } Invoice #*



Temps Unlimited of South Carolina
1357 Remount Road, Suite 7
N CHARLESTON, SC 29406
Phone: (843) 744-8880
Fax: (843) 744-8878

2868

| DATE | INVOICE # |
|---|---|
| 07/02/2010 | 10-15208 |

10-15208-2

**Bill To**
SANDERS BROTHERS CONSTRUCTION, INC
P.O. BOX 60969
NORTH CHARLESTON, SC 29419

**Please Remit Payment To**
Temps Unlimited of South Carolina
dba...Staffing Depot
P.O. Box 202056
DALLAS, TX 75320
Phone: 843-744-8880

| Terms | Customer # | Amount | Balance Due |
|---|---|---|---|
| NET 7 | 1131 | | |

**FLAGGERS-ASPHALT PLANT**

| Name | Order # | Position | PO Number | Item | Date | Rate | Hours | Amount |
|---|---|---|---|---|---|---|---|---|
| BAILEY, ANDRE | 46568 | FLAGGERS | 3531/50010 | Regular Pay | 06/28/2010 | $12.87 | 11.50 | $148.01 |
| BAILEY, ANDRE | 46617 | FLAGGERS | 3556/50010 | Regular Pay | 06/29/2010 | $12.87 | 13.50 | $173.75 |

Temps Unlimited of South Carolina
dba...Staffing Depot
P.O. Box 202056
DALLAS, TX 75320

SANDERS BROTHERS CONSTRUCTION, INC
P.O. BOX 60969
NORTH CHARLESTON, SC 29419

# WORK ORDER

CESIA MACHADO
6/26/2010 11:28:07 AM

**Temps Unlimited of South Carolina**
1357 Remount Road, Suite 7
N CHARLESTON, SC 29406
Phone: (843) 744-8880
Fax: (843) 744-8878



| ORDER # | CUSTOMER NAME: | DATE: | TIME: | # OF WORKERS: |
|---|---|---|---|---|
| 46598 | SANDERS BROTHERS CONSTRUCTION, INC | 06/28/2010 | 05:30 04:00 am | |

| ASSIGNMENT TITLE: | ASSIGNMENT ADDRESS: |
|---|---|
| FLAGGERS-ASPHALT PLANT | CONCRETE PLANT @ ASPHALT RD LADSON, SC 29456 |

| REPORT TO: | COMMENT |
|---|---|
| Allan | |

**CONTACT PHONE #**
Main: (843) 214-1129
Cell:

**NOTICE:**
MINIMUM 4 HOURS
PER PERSON

| EMPLOYEE NAME | PO # | HOURS (Must mark one) | PARTIAL HOURS (Must mark one) |
|---|---|---|---|
| BAILEY, ANDRE FLAGGERS | OLD FORT 902 3531 CC 50010 | 1 2 3 4 5 6 7 8 9 10 ⬤ 12 13 14 15 16 0 ¼ ½ ¾ 11¾ hrs ⬤ | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

Do you need workers to return? ☐ YES ☐ NO
Date:
Time:
# of Workers:

Clarence Kinloch
PRINT NAME AND TITLE

Clarence Kinloch
AUTHORIZED SIGNATURE

**THANK YOU FOR YOUR BUSINESS**

# Temps Unlimited of South Carolina
1357 Remount Road, Suite 7
N. CHARLESTON, SC 29406
Phone: (843) 744-8880
Fax: (843) 744-8878

**THE STAFFING DEPOT**

| ORDER #: | CUSTOMER NAME: | | DATE: | TIME: | # OF WORKERS: |
|---|---|---|---|---|---|
| 46617 | SANDERS BROTHERS CONSTRUCTION, INC | | 06/29/2010 | 04:00 am | 0 |

| ASSIGNMENT TITLE: | ASSIGNMENT ADDRESS: |
|---|---|
| FLAGGERS-ASPHALT PLANT | CONCRETE PLANT @ ASPHALT RD LADSON, SC 29456 |

| REPORT TO: | COMMENTS |
|---|---|
| Allan | |

| CONTACT PHONE #: |
|---|
| Main: (843) 214-1129 Cell: |

Comments: Isle of Palms & Caroline Blvd. Job 3556 cc 50010

| EMPLOYEE NAME | PO# | HOURS (Must mark one) | PARTIAL HOURS (Must mark one) |
|---|---|---|---|
| BAILEY, ANDRE FLAGGERS | | ① ② ③ ④ ⑤ ⑥ ⑦ ⑧ ⑨ ⑩ ⑪ ⑫ ⑬ ⑭ ⑮ ⑯ | 0 ¼ ½ ¾ |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

RECEIVED JUN 30 2010

**NOTICE:**
MINIMUM 4 HOURS
PER PERSON

Do you need workers to return?
☐ YES ☐ NO

Date:
Time:
# of Workers:

_____
PRINT NAME AND TITLE

[signature]
AUTHORIZED SIGNATURE

THANK YOU FOR YOUR BUSINESS



Temps Unlimited of South Carolina
1357 Remount Road, Suite 7
N CHARLESTON, SC 29406
Phone: (843) 744-8880
Fax: (843) 744-8878

308-9028

2868

| DATE | INVOICE # |
|---|---|
| 07/16/2010 | 10-15263 |

**Bill To**
SANDERS BROTHERS CONSTRUCTION, INC
P.O. BOX 60969
NORTH CHARLESTON, SC 29419

**Please Remit Payment To**
Temps Unlimited of South Carolina
dba...Staffing Depot
P.O. Box 202056
DALLAS, TX 75320
Phone: 843-744-8880

| Terms | Customer # | Amount | Balance Due |
|---|---|---|---|
| NET 7 | 1131 | | |

BAILEY, ANDRE    46723 ✓   FLAGGERS   3383/56050    REG    07/13/2010    $12.87    11.00    $141.57



Temps Unlimited of South Carolina
dba...Staffing Depot
P.O. Box 202056
DALLAS, TX 75320

SANDERS BROTHERS CONSTRUCTION, INC
P.O. BOX 60969
NORTH CHARLESTON, SC 29419

# WORK TICKET

CESIA MACHADO
7/14/2010 7:49:27 AM

**Temps Unlimited of South Carolina**
1357 Remount Road, Suite 7
N CHARLESTON, SC 29406
Phone: (843) 744-8880
Fax: (843) 744-8878

| ORDER # | CUSTOMER NAME: | ASSIGNMENT ADDRESS: | DATE: | TIME: | # OF WORKERS: |
|---|---|---|---|---|---|
| 46723 | SANDERS BROTHERS CONSTRUCTION, INC | CONCRETE PLANT @ ASPHALT RD LADSON, SC 29456 | 07/13/2010 | | |

ASSIGNMENT TITLE: FLAGGERS-ASPHALT PLANT

REPORT TO: Allan

COMMENT / PO#: Hwy 63  9yd- 3383  CC 56050

CONTACT PHONE #
Main: (843) 214-1129
Cell:

**NOTICE:**
MINIMUM 4 HOURS PER PERSON

| EMPLOYEE NAME | PO # | WEEKLY HOURS | | | | | | | TOTAL HOURS | H | B | G | OTHER EQUIPMENT | TRANS |
| | | SAT | SUN | MON | TUE | WED | THU | FRI | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| BAILEY, ANDRE 7/13 FLAGGERS | | | | | 11.0 | | | | 11.0 | | | | | |

Do you need workers to return? ☐ YES ☐ NO

Date:
Time:
# of Workers:

PRINT NAME AND TITLE

AUTHORIZED SIGNATURE

THANK YOU FOR YOUR BUSINESS

RECEIVED JUL 14 2010