UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH CAROLINA

ANDRE LASHAWN BAILEY,

Plaintiff,

vs.                                                    Case No.: 2:12-cv-1424-CWH

SANDERS BROTHERS
CONSTRUCTION COMPANY, and
J. GREGORY SANDERS, individually

Defendant.
_____/

**PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL**
**WITH PREJUDICE**

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(i), Plaintiff voluntary dismisses this action with prejudice.

Dated: July 24, 2012                    Respectfully submitted,

                                        s/ MaryBeth Mullaney_____
                                        MaryBeth Mullaney, Esq.
                                        Jaffe Glenn Law Group, PA
                                        E-mail:  mmullaney@JaffeGlenn.com
                                        Phone: (803) 692-1660
                                        Fax:     (800) 385-8160
                                        South Carolina Bar No.:  66585
                                        321 Wingo Way
                                        Suite 201
                                        Mount Pleasant, SC 29464
                                        Attorney for Plaintiff